**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LIFE CELEBRATION, INC.,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **XEROX CORP.,** | : | **No. 18-2941** |
| *Defendant* | : | |

## ORDER

**AND NOW**, this  28th  day of August, 2020, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 20), the response in opposition (Doc. No. 22), the reply in support (Doc. No. 24), Defendant's Motion to Strike Plaintiff's Sur-Reply in Further Opposition to Defendant's Motion for Summary Judgment (Doc. No. 32), the response in opposition (Doc. No. 33), the oral argument held on February 24, 2020, the parties' supplemental memoranda submitted after oral argument (Doc. Nos. 40, 41), Defendant's Motion to Strike Plaintiff's Jury Demand (Doc. No. 42), the response in opposition (Doc. No. 43), and the reply in support (Doc. No. 45), it is **ORDERED** that:

1. Defendant's Motion to Strike Plaintiff's Sur-Reply in Further Opposition to Defendant's Motion for Summary Judgment (Doc. No. 32) is **GRANTED** for the reasons set forth in the accompanying Memorandum. Plaintiff's surreply in opposition (Doc. No. 31) is **STRICKEN**.

2. Defendant's Motion for Summary Judgment (Doc. No. 20) is **GRANTED** for the reasons set forth in the accompanying Memorandum. Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

3. Defendant's Motion to Strike Plaintiff's Jury Demand (Doc. No. 42) is **DEEMED MOOT**.

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

*[signature]*

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE